# MEMORANDUM DECISIONS.

[Civil No. 839.]

WILLIAM SIDOW, Appellant, v. E. M. REDMAN, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Gila.   Edward Kent, Judge.

No appearance for Appellant.

George J. Stoneman, for Appellee.

January 12, 1904.   Affirmed on short transcript.

[Civil No. 849.]

ALFRED KINNEY, Appellant, v. JAMES K. McCARTHY, Appellee.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal.   Fletcher M. Doan, Judge.

Edwards & McFarland, for Appellant.

J. E. O'Connor, and Robert E. Morrison, for Appellee.

January 12, 1904.   Affirmed on short transcript.

[Criminal No. 170.]

JOHN RICHARDS et al., Appellants, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the Second Judicial District in and for the County of Pinal.   F. M. Doan, Judge.

E. J. Edwards, for Appellants.

E. W. Wells, Attorney-General, for Respondent.

January 12, 1904.   Dismissed.